# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MELLEMA, ) | 3:08-CV-384-BES (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | January 14, 2009 |
| ) | |
| CITY OF RENO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>JENNIFER COTTER</u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff has filed a Motion for Discovery and Scheduling (Doc. #20). There has been no opposition.

    Plaintiff's Motion for Discovery and Scheduling (Doc. #20) is **DENIED**.

    **IT IS SO ORDERED.**

                                LANCE S. WILSON, CLERK

                                By:  <u>    /s/                    </u>
                                        Deputy Clerk